MAY E. ROOK, Respondent, *v.* LOUIS E. ROOK, Appellant.

*Rook* v. *Rook*, 134 App. Div. 991, appeal dismissed.
(Submitted February 14, 1910; decided February 22, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 10, 1909, which affirmed an order of Special Term denying a motion to vacate a judgment of separation and for alimony and an order adjudging defendant in contempt for failure to pay such alimony.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Wilmot E. Knapp* for motion.

*Lewis E. Mosher* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

MICHAEL DOWDALL, Appellant, *v.* SUPREME COUNCIL OF THE CATHOLIC MUTUAL BENEFIT ASSOCIATION, Respondent.

(Submitted February 14, 1910; decided February 22, 1910.)

Motion for re-argument denied, with ten dollars costs. (See 196 N. Y. 405.)